United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, AUTOMOTIVE INDUSTRIES WELFARE TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, MARK HOLLBUSH, Trustee, JON ROSELLE, Trustee, DOUGLAS CORNFORD, Trustee, and JAMES CANTERBURY, Trustee,<br><br>    Plaintiffs,<br><br>  v.<br><br>TOM'S REFRIGERATION SERVICE, INC., a California corporation,<br><br>    Defendant. | No. C 11-00563 WHA<br><br>**ORDER DENYING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Good cause not shown, the Court **DENIES** plaintiffs' request to continue the case management conference for ninety days for settlement talks.

**IT IS SO ORDERED.**

Dated: April 27, 2011.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE